

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2015

No. 04-14-00357-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY, INC.**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On July 22, 2015, this court struck pro se Appellant Burton Kahn's second amended brief for failing to present any questions for appellate review, and we dismissed the appeal for want of prosecution. *In re A Purported Lien or Claim Against Helvetia Asset Recovery, Inc.*, No. 04-14-00357-CV, 2015 WL 4479600, at *1 (Tex. App.—San Antonio July 22, 2015, no. pet. h.); *see* TEX. R. APP. P. 38.8(a); 38.9(a), 42.3(b), (c); *Johnson v. Dall. Housing Auth.*, 179 S.W.3d 770, 770 (Tex. App.—Dallas 2005, no pet.) (per curiam).

On August 5, 2015, Appellant filed a motion for leave to file a third amended brief, a third amended brief, and a motion for rehearing. The panel has considered Appellant's motions; the motions are DENIED. *See* TEX. R. APP. P. 49.3.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court